UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S2-4:08 CR 244 RWS |
| | ) | |
| RUSSELL GENDRON, | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL OF COUNT TWO OF SECOND SUPERSEDING INDICTMENT

COMES NOW, the United States of America, by and through Richard G. Callahan,

United States Attorney for the Eastern District of Missouri, and Reginald L. Harris, Assistant

United States Attorney for said District, and pursuant to Rule 48(a) of the Federal Rules of

Criminal Procedure, requests leave of Court to dismiss Count Two of the Second Superseding

Indictment in the above styled case without prejudice.

RICHARD G. CALLAHAN
United States Attorney

*/s/ Reginald L. Harris*
REGINALD L. HARRIS, #48939
Assistant United States Attorney


SO ORDERED: _____
United States District Judge


Dated:  This _____ day of _____, 2010

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **March 24, 2010**, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Diane Dragan, Assistant Federal Public Defender, 1010 Market Street, Suite 200, St. Louis, Missouri 63101.


*/s/ Reginald L. Harris*
REGINALD L. HARRIS, #48939
Assistant United States Attorney